IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY LATORIS REED,                                                                            PLAINTIFF
ADC # 143440

v.                                      3:25CV00199-DPM-JTK

DALE COOK, et al.                                                                              DEFENDANTS

# ORDER

Having reviewed Jeremy Latoris Reed's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service the following claims is appropriate:

- Defendant Ford – excessive force and retaliation;

- Defendant Jennifer – failure to intervene and retaliation;

- Defendant Franks – failure to intervene;

- Defendant Jordan – failure to intervene;

- Defendant Doe – failure to intervene;

- Defendants McClain and Doe—due process as to the lack of a disciplinary hearing

- Defendants Ford, Jennifer, Franks, Jordan, McClain and Doe – conditions of confinement.

It is Plaintiff's responsibility to provide the names of the Doe Defendants. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also Fed. R. Civ. P. 4(m) (providing that any defendant who is not served within ninety (90) days after the filing of the

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

Complaint is subject to dismissal without prejudice).  If the Doe Defendants are not served in a timely manner, the Court will recommend that the Defendants be dismissed.

  IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Ford, Jennifer, Franks, Jordan, and McClain.  The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore.  Service should be attempted through the Mississippi County Sheriff's Office, 685 North County Road 599, Luxora, Arkansas 72358.

  Dated this 22nd day of September, 2025.

                _____
                JEROME T. KEARNEY
                UNITED STATES MAGISTRATE JUDGE