IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY LATORIS REED                                    PLAINTIFF
ADC #143440

v.                    No. 3:25-cv-199-DPM-JTK

DALE COOK, Sheriff, Mississippi
County, *et al.*                                       DEFENDANTS

## ORDER

Motion, *Doc. 7*, granted. Objections due by 21 November 2025.

So Ordered.

*[signed]* W.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

7 October 2025