# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JEREMY LATORIS REED,                                                                     PLAINTIFF
ADC # 143440

v.                                         3:25CV00199-DPM-JTK

DALE COOK, et al.                                                                        DEFENDANTS

## ORDER

Defendants Matthew McClain and Jennifer Wyrick, through counsel, have filed an Answer to Plaintiff's Complaint and supplied their full and correct names. (Doc. No. 13). The Clerk of the Court is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 18th day of November, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE