**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JEREMY LATORIS REED,                                                    PLAINTIFF
ADC # 143440

v.                                          3:25CV00199-DPM-JTK

DALE COOK, et al.                                                      DEFENDANTS

## ORDER

On September 22, 2025, the Court directed service of Plaintiff's claims on Defendants Franks, Ford, and Jordan, among others. (Doc. No. 4). Summonses for Defendants Franks, Ford, and Jordan were returned unexecuted. (Doc. Nos. 16-18). The Court was provided a last known address for these Defendants. (Doc. No. 23). Accordingly, the Court once more will attempt service on Defendants Franks, Ford, and Jordan.

The Clerk of the Court is directed to prepare Summonses for Defendants Franks, Ford, and Jordan. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore. Service for Defendants Franks, Ford, and Jordan should be attempted at the addresses maintained under seal. (Doc. No. 23).

IT IS SO ORDERED this 9th day of December, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE