# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEREMY LATORIS REED**  
**ADC #143440**                                                                                    **PLAINTIFF**

v.                      No. 3:25-cv-199-DPM-JTK

**DALE COOK, Sheriff, Mississippi**  
**County,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Motion, *Doc. 21*, granted as modified. Reed doesn't need discovery to file objections to the partial recommendation, which screened his complaint. The limited access to the law-library, however, merits another extension. Objections due by 30 December 2025.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2025