**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JEREMY LATORIS REED,                                                              PLAINTIFF
ADC # 143440

v.                                    3:25CV00199-DPM-JTK

DALE COOK, et al.                                                             DEFENDANTS

**<u>ORDER</u>**

On January 13, 2026, Defendants McClain and Wyrick (collectively, "Defendants") filed a Motion to Compel.  (Doc. No. 30).  Fed. R. Civ. P. 37(a)(3)(B).  Jeremy Latoris Reed ("Plaintiff") has not responded and the time for doing so has passed.  (Doc. No. 33).  Defendants' Motion (Doc. No. 30) is GRANTED.

On October 23, 2025, Defendants propounded their second set of Interrogatories and Requests for Production to Plaintiff.  (Doc. No. 30-1).  On December 11, 2025, Defendants made a good faith effort to obtain Plaintiff's responses without the aid of the Court.  (Doc. No. 30-2).  Defendants filed their Motion to Compel after Plaintiff failed to provide his responses.   Because Plaintiff has not responded after Defendants' good faith effort to obtain Plaintiff's answers, the Court grants Defendants' Motion to Compel.

IT IS THEREFORE ORDERED that:

**1.    Plaintiff must respond to Defendants' outstanding discovery requests within fifteen (15) days of the date of this Order.   If Plaintiff does not do so, I will recommend that this case be dismissed without prejudice.   Fed. R. Civ. P. 37(b)(2)(v); Fed. R. Civ. P. 41(b).**

2.    The Clerk of the Court is directed to send Plaintiff a copy of Defendants' Motion and Brief in Support (Doc. Nos. 30 and 31) along with a copy of this Order.

Dated this 12th day of February, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE