IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY LATORIS REED                                           PLAINTIFF
ADC #143440


v.                          No. 3:25-cv-199-DPM-JTK


DALE COOK, Sheriff, Mississippi
County;  FORD, Correctional Officer,
Mississippi County Detention Center;
MATTHEW MCCLAIN, Lt., Mississippi
County Detention Center;  H. HOOTEN,
Jail Administrator, Mississippi County
Detention Center;  FRANKS,
Correctional Officer, Mississippi County
Detention Center;  JORDAN,
Correctional Officer, Mississippi County
Detention Center;  B. MCCOLLUM,
Captain, Mississippi County Detention
Center;  JENNIFER WYRICK,
Sergeant, Mississippi County Detention
Center;  and DOES                                           DEFENDANTS


ORDER

On *de novo* review, the Court adopts the Magistrate Judge
Kearney's partial recommendation, *Doc. 6*, and overrules Reed's
objections, *Doc. 37*.  Fed. R. Civ. P. 72(b)(3).  Reed cannot amend his
complaint in his objections to the recommendations.  He must follow
the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 15.

−2−

Reed's corrective inaction claims are dismissed without prejudice for failure to state a claim. His medical deliberate indifference claims are dismissed without prejudice as improperly joined. The Court directs the Clerk to terminate Captain McCollum, Sheriff Cook, and Hooten as defendants in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 March 2026