**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JEREMY LATORIS REED,                                                                        PLAINTIFF
ADC # 143440

v.                                                       3:25CV00199-DPM-JTK

DALE COOK, et al.                                                                          DEFENDANTS

**ORDER**

On September 22, 2025, the Court directed service of Plaintiff's claims on Defendant Jordan, among others. (Doc. No. 4). Summons for Defendant Jordan was returned unexecuted. (Doc. No. 18).   The Court was then provided a last known address for Defendant Jordan that is maintained under seal. (Doc. No. 23).   As of February 12, 2026, the parcel was still moving through the United States Postal Service network.   (Doc. No. 39).   As of the date of this Order, the location of the parcel remains unknown.

Accordingly, the Court once more will attempt service on Defendant Jordan. The Clerk of the Court is directed to prepare Summons for Defendant Jordan. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendant Jordan without prepayment of fees and costs or security therefore.   Service on Defendant Jordan should be attempted at the address maintained under seal. (Doc. No. 23).

IT IS SO ORDERED this 20th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE