**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JEREMY LATORIS REED,                                                                      PLAINTIFF
ADC # 143440

v.                                                    3:25CV00199-DPM-JTK

DALE COOK, et al.                                                                        DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.   Any party may file written objections to all or part of this Recommendation.    If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.    By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

**I.      Introduction**

Jeremy Latoris Reed ("Plaintiff") is an inmate at the Cummins Unit of the Arkansas Division of Correction.   He filed a pro se civil action under 42 U.S.C. § 1983, as well as a Motion to Proceed In Forma Pauperis, which the Court granted.   (Doc. Nos. 1, 2, 5).   Upon screening Plaintiff's Complaint pursuant to the Prison Litigation Reform Act, the Court directed service of Plaintiff's claims against Defendants Jacob Ford, Matthew McClain, James Franks, Jennifer

Wyrick, and Jordan.[1]  (Doc. Nos. 2, 4).  Certain claims against these claims remain pending. (Doc. Nos. 6, 40).

## II.    Motion to Dismiss

On January 13, 2026, Defendants McClain and Wyrick filed a Motion to Compel.  (Doc. No. 30).  Plaintiff did not respond to the Motion.  On February 12, 2026, the Court granted the Motion and directed Plaintiff to respond to the outstanding discovery requests within 15 days. (Doc. No. 38).  On March 19, 2026, Defendants Ford, Franks, McClain, and Wyrick (collectively, "Defendants") filed a Motion to Dismiss based on Plaintiff's continued failure to respond to their outstanding discovery requests.  (Doc. No. 42).  Defendants ask that Plaintiff's Complaint be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with an Order from the Court.  (Id. at 2).

On April 6, 2026, the Court granted Plaintiff's extension of time in which to respond to Defendants' Motion, making Plaintiff's response due by April 27, 2026.  (Doc. Nos. 46, 48). The Court also directed Plaintiff to respond to Defendants' discovery responses "now" if he had not already.  (Id.).  Plaintiff has not responded to Defendants' Motion to Dismiss despite the extension he was granted.  And Plaintiff has not responded to Defendants' discovery requests. (Doc. No. 51).

Because Plaintiff has not responded to Defendants' discovery requests as twice directed by the Court, Plaintiff's Complaint should be dismissed.  Fed. R. Civ. P. 41(b).

---

[1] Defendant Jordan has not yet been served.  (Doc. No. 49).

2

### III.    Conclusion

IT IS, THEREFORE, RECOMMENDED that:

1.      The Motion to Dismiss filed by Defendants Ford, Franks, McClain, and Wyrick (Doc. No. 42) be GRANTED; and

2.      Plaintiff's Complaint be DISMISSED.

Dated this 1st day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

3