# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JEREMY LATORIS REED**                                    **PLAINTIFF**
**ADC #143440**

v.                        **No. 3:25-cv-199-DPM**

**JACOB FORD, Correctional Officer,**
**Mississippi County Detention Center;**
**MATTHEW MCCLAIN, Lt., Mississippi**
**County Detention Center;  JAMES**
**FRANKS, Correctional Officer,**
**Mississippi County Detention Center;**
**JORDAN, Correctional Officer,**
**Mississippi County Detention Center;**
**JENNIFER WYRICK, Sergeant,**
**Mississippi County Detention Center;**
**and DOES**                                              **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 52*, and overrules Reed's objections, *Doc. 55*. Fed. R. Civ. P. 72(b)(3).  Reed's objections focus on claims that have already been dismissed.  *Doc. 6 & 40*.  Assuming he is moving to reconsider dismissal of those claims, his motion is denied.

Motion to dismiss, *Doc. 42*, granted.  Reed's claims against Officer Ford, Lieutenant McClain, Officer Franks, and Sergeant Wyrick will be dismissed with prejudice because he failed to comply with Magistrate

Judge Kearney's earlier Orders. Fed. R. Civ. P. 41(b). His claims against Officer Jordan will be dismissed without prejudice. Reed didn't comply with Magistrate Judge Kearney's Order, *Doc. 49*, to provide a valid address for Officer Jordan within thirty days. LOCAL RULE 5.5(c)(2). His claims against the Doe defendants will be dismissed without prejudice for lack of service. Fed. R. Civ. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2026