## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JEREMY LATORIS REED                                          PLAINTIFF
ADC #143440

v.                              No. 3:25-cv-199-DPM

DALE COOK, Sheriff, Mississippi
County;  JACOB FORD, Correctional
Officer, Mississippi County Detention
Center;  MATTHEW MCCLAIN, Lt.,
Mississippi County Detention Center;  H.
HOOTEN, Jail Administrator, Mississippi
County Detention Center;  JAMES
FRANKS, Correctional Officer,
Mississippi County Detention Center;
JORDAN, Correctional Officer,
Mississippi County Detention Center;  B.
MCCOLLUM, Captain, Mississippi
County Detention Center;  JENNIFER
WYRICK, Sergeant, Mississippi County
Detention Center;  and DOES                                  DEFENDANTS

## JUDGMENT

Reed's claims against Officer Ford, Lieutenant McClain, Officer Franks, and Sergeant Wyrick are dismissed with prejudice.  His remaining claims are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

28 May 2026

-2-