IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY LATORIS REED                                          PLAINTIFF
ADC #143440

v.                              No. 3:25-cv-199-DPM

DALE COOK, Sheriff, Mississippi
County;  JACOB FORD, Correctional
Officer, Mississippi County Detention
Center;  MATTHEW MCCLAIN, Lt.,
Mississippi County Detention Center;  H.
HOOTEN, Jail Administrator, Mississippi
County Detention Center;  JAMES
FRANKS, Correctional Officer,
Mississippi County Detention Center;
JORDAN, Correctional Officer,
Mississippi County Detention Center;  B.
MCCOLLUM, Captain, Mississippi
County Detention Center;  JENNIFER
WYRICK, Sergeant, Mississippi County
Detention Center;  and DOES                                DEFENDANTS

## ORDER

Motion, *Doc. 59*, granted for good cause shown.  Reed must file his notice of appeal by 28 July 2026.  No further extensions.  Fed. R. App. P. 4(a)(5)(C).

-2-

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

7 July 2026